UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br> v. <br> SVG CONTRACTORS, INC., <br> Defendant. | Case No. 24-mc-80083-SVK <br><br> **ORDER TO SHOW CAUSE** |

Plaintiff commenced this action on April 5, 2024, by filing an application to register a judgment issued in another district. *See* Dkt. 1. The Clerk cannot process this application until Plaintiff submits a writ of execution (or similar filing), and in the three months since Plaintiff commenced this action, it has not taken any further action. Accordingly, the Court **ORDERS** Plaintiff to appear on **August 13, 2024, at 10:00 a.m.** and show cause, if any, why the Court should not close the file in this matter. Further, Plaintiff shall file a response to this Order or a writ of execution (or similar filing) by **August 6, 2024**. If Plaintiff files a writ of execution (or similar filing), the Court will vacate the hearing.

**SO ORDERED.**

Dated: July 9, 2024

_____
SUSAN VAN KEULEN
United States Magistrate Judge